IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RESEARCH INSTITUTE AT NATIONWIDE CHILDREN'S HOSPITAL, | Case No. 2:15-CV-3032 |
| *Plaintiff*, | |
| v. | Judge Edmund A. Sargus, Jr. |
| TRELLIS BIOSCIENCE, LLC, | Magistrate Judge Elizabeth A. Preston Deavers |
| *Defendant*. | |

## AGREED ENTRY OF DISMISSAL

The within action having been compromised and settled as between Plaintiff Research Institute at Nationwide Children's Hospital and Defendant Trellis Bioscience, LLC, all asserted claims, including all claims, counterclaims, and defenses raised herein, are hereby dismissed **with prejudice**, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

**SO ORDERED.**

_____  07-18-17
EDMUND A. SARGUS, JR., JUDGE
UNITED STATES DISTRICT COURT

AGREED:

/s/ *Martha Brewer Motley*
William G. Porter (0017296)
Angelyne E. Lisinski (0089699)
Martha Brewer Motley (0083788)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Phone: (614) 464-5448
Facsimile: (614) 719-4911
Email: wgp@vorys.com

/s/ *Robert J. Kent* (by MBM per auth.)
Anthony C. White (0062146)
Todd M. Seaman (0090839)
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215
Tel: (614) 469-3200
Fax: (614) 469-3361
E-mail: tony.white@thompsonhine.com
         todd.seaman@thompsonhine.com

<div style="columns:2">

aelisinski@vorys.com
mbmotley@vorys.com

Jeanne M. Gills (*pro hac vice*)
Michael R. Houston (*pro hac vice*)
R. Spencer Montei (*pro hac vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654
Phone: (312) 832-4500
Fax: (312) 832-4700
Email: jmgills@foley.com
   mhouston@foley.com
   rmontei@foley.com

*Attorneys for Plaintiff Research Institute at Nationwide Children's Hospital*

Karen I. Boyd (*pro hac vice*)
Robert J. Kent (*pro hac vice*)
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Tel: (650) 521-5930
Fax: (650) 521-5931
E-mail: boyd@turnerboyd.com
   kent@turnerboyd.com

*Attorneys for Defendant Trellis Bioscience, LLC*

</div>

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017, I filed the foregoing document electronically with the Clerk of Court using the CM/ECF system, which will send notification to the attorneys of record.

/s/ *Martha Brewer Motley*
Martha Brewer Motley

4836-4576-7499